Steven Levy (IL Bar No. 6183799)
steven.levy@dentons.com
Jacqueline A. Giannini (IL Bar No. 6320675)
jacqui.giannini@dentons.com
Jeffrey A. Zachman (GA Bar No. 254916)
jeffrey.zachman@dentons.com
Monica R. Thompson (031575)
monica.thompson@dentons.com
DENTONS US LLP
2398 E Camelback Road
Suite 850
Phoenix, AZ 85016-9007
602-508-3968

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Dorazio, on behalf of his minor daughter, A.D, <br><br> Plaintiff, <br><br> v. <br><br> Allstate Fire and Casualty Insurance Company, an Illinois Corporation, <br><br> Defendant. | Case No.  2:23-cv-00017-KML <br><br> **DEFENDANT'S OBJECTION TO PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY RE:** *ALVAREZ V. CSAA* |

Defendant Allstate Fire and Casualty Insurance Company ("Allstate") respectfully submits this Objection to Plaintiff's Response to Defendant's Notice of Supplemental Authority (Dkt. No. 113) as presenting unwarranted and lengthy additional argument. Plaintiff's ten-page response to Defendant's one-page citation *of Jesus Belmontes Alvarez v. CSAA General Insurance Company*, No. 24-cv-00617 (D. Ariz. Feb. 4, 2025) is unduly lengthy and argumentative in violation of local practice.  *See e.g.*, *Vega v. All My Sons Bus. Dev. LLC*, 583 F. Supp. 3d 1244, 1256 (D. Ariz. 2022) (striking response to notice of supplemental authority because original notice did not contain argument and response went well beyond any rebuttal to include new arguments that were not raised in

original briefing); *Hannibal-Fisher v. Grand Canyon University*, No. 2:20-cv-01007-PHX-SMB (D. Ariz.) at Dkt. No. 37 (striking response to notice of supplemental authority on the grounds that it is not authorized by the rules and contained more than a page of argument that was not warranted in response to notice).  Nothing in Defendant's single-page Notice of Supplemental Authority (Dkt. No. 110) warranted the type of lengthy and argumentative response filed by Plaintiff.

The fact that Plaintiff deemed it necessary to file a ten-page legal brief as to the *Alvarez* decision speaks volumes as to the applicability of that case here, but in all events under the above cited clear case law that response should not be considered by the Court.

Dated:  April 14, 2025                        Respectfully submitted,

**DENTONS US LLP**

By: */s/ Monica R. Thompson*
    Monica R. Thompson

DENTONS US LLP
2398 Camelback Road, Suite 850
Phoenix , AZ 85016-9007
602-508-3968
monica.thompson@dentons.com

Steven Levy (*Pro Hac Vice*)
Jacqueline A. Giannini (*Pro Hac Vice*)
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
steven.levy@dentons.com
jacqui.giannini@dentons.com

Jeffrey A. Zachman (*Pro Hac Vice*)
303 Peachtree St. NE, Ste. 5300
Atlanta, GA 30308
jeffrey.zachman@dentons.com

*Attorneys for Defendant*